**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 26, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

————————

No. 01-11362

————————

STATE FARM FIRE & CASUALTY COMPANY; STATE FARM
LLOYDS,

Plaintiffs-Appellees,

versus

JAMES L BLYTHE; ET AL,

Defendants

JAMES L BLYTHE,

Defendant-Appellant.

————————

Appeal from the United States District Court
For the Northern District of Texas
3:00-CV-464-D

————————

Before DAVIS, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

After careful review of the record and considering the briefs of the parties and argument of

——————————————

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel, we are satisfied that the district court committed no reversible error.  We therefore affirm

the judgment of the district court for essentially the reasons stated in its careful Memorandum

Opinion and Order of September 18, 2001.

AFFIRMED.